UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00215-CDS-EJY<br><br>**REPORT AND RECOMMENDATION** |

On February 9, 2023, Plaintiff filed an application to proceed *in forma pauperis* ("IFP") together with a Complaint. ECF Nos. 1, 1-1. The Court subsequently granted Plaintiff's IFP and issued an Order dismissing without prejudice his claim under 26 U.S.C. § 7422 with leave to amend. ECF No. 5. Plaintiff filed a First Amended Complaint ("FAC") on April 25, 2023. ECF No. 6. The Court screened the FAC and issued an Order recommending Plaintiff's claims under 26 U.S.C. § 7422, against the individual Defendants, and the Fifth, Eighth, and Fourteenth Amendment violations, against the IRS and individual Defendants, with prejudice. ECF No. 9. The Court also recommended dismissing Plaintiff's 26 U.S.C. § 7422 claim against the IRS without prejudice while giving Plaintiff one additional opportunity to amend. *Id.* On June 29, 2023, the District Judge adopted the June 16, 2023 Recommendation at ECF No. 9 giving Plaintiff until July 26, 2023 to file a second amended complaint. ECF No. 11. Plaintiff did not file a second amended complaint.

On October 13, 2023, the Court entered an Order requiring Plaintiff to show cause, in writing, no later than November 13, 2023, why this matter should not be dismissed. ECF No. 12. The Order explained that if Plaintiff failed to timely comply the Court would recommend dismissal without prejudice of his case. *Id.* As of the date of this recommendation, Plaintiff has not complied with the Court's Order.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

DATED this 16th day of November, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).